# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0222. SABRINA MCCAULEY v. PRESIDING CHIEF MAGISTRATE JUDGE FOR MAGISTRATE CASE NUMBER 17D19384 et al.**

Applicant Sabrina McCauley has filed a motion to withdraw this application for discretionary appeal. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.

In light of the withdrawal of the application for discretionary appeal, Major Manor, LLC's motion and amended motion for a frivolous appeal penalty are hereby DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*